# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137112 & (76)

KELLER CONSTRUCTION, INC.,
          Plaintiff-Appellant,

v

                                    SC: 137112
                                    COA: 275379
                                    Ontonagon CC: 04-000049-CK

U.P. ENGINEERS & ARCHITECTS, INC.,
JOHN SULLIVAN, WILLIAM MARLOR, and
EDWARD GAGNON,
          Defendants-Appellees.

_____/

      On order of the Court, the motion to file a brief amicus curiae is GRANTED. The application for leave to appeal the July 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk